# UNITED STATES DISTRICT COURT

_____EASTERN_____  **District of**  _____CALIFORNIA_____

| | |
|---|---|
| JACK R. McCRACKEN, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| Commissioner of Social Security, | CASE NUMBER: 1:10-at-00754 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this ___30th___ day of _____September_____, __2010__.

/s/ Sheila K. Oberto  
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge  
Name and Title of Judicial Officer